# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153514

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* DENG, Minors

SC: 153514
COA: 328826
Kent CC Family Div: 14-053706-NA;
    14-053707-NA; 14-053708-NA;
    14-053709-NA

On order of the Court, the application for leave to appeal the March 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



t0914

Clerk